UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ELMER LEON CARROLL,

    Petitioner,

v.                                                          CASE NO. 6:05-cv-857-Orl-31KRS

SECRETARY, DEPARTMENT
OF CORRECTIONS, et al.,

    Respondents.

## **ORDER**

This case is before the Court on Petitioner's Application for a Certificate of Appealability (Doc. No. 30, filed July 24, 2008).

Pursuant to 28 U.S.C. 2253, an application for a certificate of appealability may only be granted upon "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). While issuance of a certificate of appealability does not require a showing that the appeal will succeed, more than the absence of frivolity or the presence of good faith is required for Petitioner to clear this hurdle. *See Miller-El v. Cockrell*, 537 U.S. 322, 338 (2003). When a constitutional claim is denied on the merits, the petitioner must demonstrate that reasonable jurists would find the district court's assessment of the claim debatable or wrong. *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). When a claim is denied on procedural grounds, the petitioner must show that jurists of reason would find it debatable whether (1) the petition states a valid claim of the denial of a constitutional right and (2) the district

court was correct in its procedural ruling. *Id.*; *Gordon v. Sec'y, Dep't. of Corr.*, 479 F.3d 1299, 1300 (11th Cir. 2007).

This Court finds that jurists of reason could find it debatable that the denial of claim two was correct. Thus, the application for a certificate of appealability (Doc. No. 30) is **GRANTED** regarding whether the trial court failed to grant Petitioner an evidentiary hearing on his claim of mental retardation and mental illness in accordance with *Atkins v. Virginia*, 536 U.S. 304 (2002). Petitioner's application for certificate of appealability is **DENIED** as to all other claims.

**DONE AND ORDERED** at Orlando, Florida, this 13th day of August, 2008.

Copies to:
pslc 8/13
Counsel of Record

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE